# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **S E A L E D** |
| | : | |
| **v.** | : | **Criminal No.** 7:21-MJ-166 |
| | : | |
| **JERALD FRANCIS GRAY** | : | |

## ORDER

Upon motion by the government and for good cause shown, it is hereby **ORDERED** that the criminal complaint and all related documents in the above-captioned matter be placed under seal for thirty (30) days.

**IT IS FURTHER ORDERED** that disclosure of the criminal complaint, supporting affidavit, arrest warrant, and any other supporting documentation in this case may be made by the government to such law enforcement agencies as is necessary to effect the arrest.

ENTERED: This ___16th___ day of ___December___, 2021.

*Robert S. Ballou*
_____
UNITED STATES MAGISTRATE JUDGE