AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Jerald Francis Gray | ) Case No. 7:21-MJ-166 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 8, 2021 in the county of City of Covington in the Western District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(4) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

/s Lynn A. Witt
*Complainant's signature*

Lynne A. Witt, Special Agent
*Printed name and title*

Received by reliable means and sworn and attested to by telephone.

Date: 12/16/2021

*Robert S. Ballou*
*Judge's signature*

City and state: Roanoke, VA

Robert S. Ballou, United States Magistrate Judge
*Printed name and title*