# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE - COMPLAINT

**Case No.:** 7:21MJ166    **Date:** 12/17/2021

**Defendant:** Jerald Francis Gray, Custody    **Counsel:** Christine Lee, FPD

| PRESENT: | | |
|---|---|---|
| | JUDGE: | Robert S. Ballou |
| | TIME IN COURT: | 3:11pm – 4:19pm (1 hour 8 min) |
| | Deputy Clerk: | B. Davis |
| | Court Reporter: | B. Davis/Zoom.gov |
| | U. S. Attorney: | Maggie Cleary |
| | USPO: | Kim Falatic |

### INITIAL APPEARANCE

☒ Defendant consents to video conference.
☒ Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
☒ Defendant requests appointment of counsel. CJA 23 completed; counsel appointed.
☒ Oral order appointing the FPD.
☒ Government moves for detention.

### Preliminary Exam PROCEEDINGS:

☒ Preliminary Exam held. Agent Witt called as a witness. Kim Falatic, USPO called.
☒ Defendant consents to probable cause.
☒ Defendant to remain in custody.

### Detention Proceedings:

☒ Government moves for detention.
☒ Detention hearing held. See Prelim Exam
☒ Findings of Fact: stated on the record. The Court finds the Defendant is a danger to the community. The present home plan is not acceptable. The Court will allow the defendant to come back and consider another home plan.

☒ Court grants motion for detention. Written detention order will follow. Defendant remanded to custody.