## APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 7:21MJ166

v.

DATE: 12/17/2021

Jerald Francis Gray

TYPE OF HEARING: Initial Appearance

****************************************************************************

PARTIES:
1. Robert S. Ballou, USMJ
2. Jerald Francis Gray, Defendant
3. Christine Lee, FPD
4. Maggie Cleary, FPD
5. Kim Falatic, USPO
6. Lynne W.H., FBI
7. 
8. 
9. 
10. 

****************************************************************************

Recorded by: B. Davis/Zoom.gov

Time in Court: 3:11pm - 4:20pm

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 3:11pm | 1 | 3:46pm | 1 |  | 4 |  |  |  |  |
|  | 2 |  | 6 |  | 3 |  |  |  |  |
|  | 3 | 3:48pm | 4 | 4:02pm | 4 |  |  |  |  |
| 3:14pm | 1 |  | 6 |  | 1 |  |  |  |  |
|  | 3 | 3:49pm | 1 |  | 3 |  |  |  |  |
|  | 2 |  | 3 | 4:07pm | 1 |  |  |  |  |
| 3:18pm | 3 | 3:50pm | 5 | 4:10pm | 2 |  |  |  |  |
|  | 1 |  | 3 |  | 1 |  |  |  |  |
|  | 4 |  | 4 | 4:15pm | 3 |  |  |  |  |
| 3:20pm | 4 |  | 1 | 4:18pm | 1 |  |  |  |  |
|  | 6 | 3:52pm | 1 |  | 3 |  |  |  |  |
| 3:33pm | 1 |  | 5 | 4:19pm | END |  |  |  |  |
|  | 6 |  | 3 |  |  |  |  |  |  |
|  | 3 | 3:55pm | 1 |  |  |  |  |  |  |