AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

**UNITED STATES MARSHALS SERVICE**

Western District of Virginia

Date of Receipt: Dec 16, 2021

Time of Receipt: 12:43

Received By: RBS

United States of America
v.
Jerald Francis Gray

*Defendant*

Case No. 7:21-MJ-166

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jerald Francis Gray,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Possession of Child Pornography


Date:   12/16/2021

*Robert S. Ballou*
*Issuing officer's signature*

City and state:   Roanoke, Virginia

Robert S. Ballou, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/16/2021, and the person was arrested on *(date)* 12/17/2021
at *(city and state)* Covington, VA.

Date: 12/20/2021

*Arresting officer's signature*

EATON, SDUSM
*Printed name and title*