IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

United States of America

    v.                                        Docket No. 7:21-MJ-166 (RSB)

Jerald Francis Gray

## Notice of Appearance

Benjamin Schiffelbein, Assistant Federal Public Defender, notes his appearance as counsel for Mr. Gray on behalf of the Office of the Federal Public Defender

                              Benjamin M. Schiffelbein, Esquire
                              Asst. Federal Public Defender
                              NH Bar No. 267593
                              210 First Street SW, Room 400
                              Roanoke, Virginia 24011
                              Ph. (540) 777-0880
                              Fax (540) 777-0890
                              Benjamin_Schiffelbein@fd.org