UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 7:21mj00166 |
| ) | |
| JERALD FRANCIS GRAY ) | |

**ORDER**

Defendant has proposed a home plan to include staying in an America's Best Value Inn in Covington, Virginia. The proposed plan does not reasonably assure the safety of the community given the nature of the present offense alleged and the admissions to federal law enforcement officers regarding past contact offenses. The request for release to the proposed home plan is DENIED.

It is so ORDERED.

Enter:   January 3, 2022

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge