AO435
(Rev. 04/18; WDVA Rev. 02/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

**FOR COURT USE ONLY**

**DUE DATE:**

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION**: | NAME: Rachel B. Swartz, AUSA | TELEPHONE NUMBER: 540-857-2250 |
|---|---|---|
| DATE OF REQUEST: 1/10/2022 | EMAIL ADDRESS (*Transcript will be emailed to this address.*): Rachel.Swartz@usdoj.gov | |
| MAILING ADDRESS: USAO-WDVA, P.O. Box 1709 | | CITY, STATE, ZIP CODE: Roanoke, VA 24008 |

| 2. **TRANSCRIPT REQUESTED**: | NAME OF COURT REPORTER: Mary Butenschoen  OR  CHECK HERE [ ] IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER: 7:21-MJ-00166 | CASE NAME: U.S. v. Jerald Francis Gray | JUDGE'S NAME: Ballou |
| DATE(S) OF PROCEEDING(S): 12/17/2021 | TYPE OF PROCEEDING(S): Initial Appearance & Detention Hearing | LOCATION OF PROCEEDING: Roanoke, VA/ZOOMGOV |

REQUEST IS FOR: (*Select one*)  [✓] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

**3. SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

- [✓] Ordinary (30-Day)
- [ ] 14-Day
- [ ] Expedited (7-Day)
- [ ] 3-Day
- [ ] Daily
- [ ] Hourly
- [ ] RealTime

**4. CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 1/10/2022 | s/Rachel B. Swartz |

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

**PRINT**    **RESET FORM**