IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 7:22-cr-00001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JERALD GRAY, | ) | By:   Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, Defendant Jerald Gray's Motion for Bond Review (ECF No. 21) is **DENIED**.

The clerk is directed to forward a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

**ENTERED** this 21st day of January, 2022.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE