AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  7:22-CR-00001 |
| Jerald Gray | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America   .

Date:   01/26/2022

s/Matthew M. Miller
*Attorney's signature*

Matthew M. Miller, VSB No. 43034
*Printed name and bar number*

U.S. Attorney's Office - WDVA - Roanoke
310 First Street, SW, 9th Floor
Roanoke, VA 24011
*Address*

Matthew.Miller2@usdoj.gov
*E-mail address*

(540) 857-2250
*Telephone number*

(540) 857-2614
*FAX number*