UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.      ) | Case No.: 7:22-CR-00001 |
| ) | |
| **JERALD GRAY** ) | |

**MOTION FOR VOLUNTARY DISCLOSURE OF GRAND JURY AND OTHER MATERIALS AND FOR LIMITATIONS ON FURTHER DISCLOSURE**

The United States, by counsel, moves pursuant to Federal Rules of Criminal Procedure 6(e), 16, and 26.2, 26 U.S.C. §§ 6103(h)(4)(D) and (i)(4)(A), and the authority of the Court to administer proceedings before it, that the United States be permitted to disclose to counsel for the defense as part of voluntary discovery, grand jury materials, tax return information, criminal histories, medical records, witness interview reports, materials covered by the Privacy Act, and other materials.  The United States and defense counsel may then use this material for the prosecution and defense of this case, respectively, and make such further disclosures as may be necessary for, and for the sole purpose of, prosecuting and defending this case.  The United States moves for entry of the attached proposed Order to cover any and all material provided by the United States Attorney's Office to defense counsel.  The attached proposed Order is intended to:

1. Advance the case;

2. Protect the secrecy of grand jury, tax return, criminal histories, medical records, witness interview reports, and other materials;

3. Prevent the unauthorized dissemination of materials voluntarily provided by the United States, which dissemination would endanger witnesses, subject them to

1

intimidation, chill their candor, violate their privacy and impede future investigations; and

4. Provide notice of sanctions in the event these materials were deliberately disclosed in an unauthorized manner or to unauthorized persons.

    Respectfully submitted,

    CHRISTOPHER R. KAVANAUGH
    United States Attorney


    s/Rachel B. Swartz
    Rachel B. Swartz
    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify on this 26th day of January, 2022, that I caused to be filed the foregoing Motion for Voluntary Disclosure of Grand Jury and Other Materials and for Limitations on Further Disclosure with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to all counsel of record.

    s/Rachel B. Swartz
    Rachel B. Swartz
    Assistant United States Attorney