IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

United States of America

    v.

                                        District Court No. 7:22-CR-1 (TTC)

Jerald Francis Gray

## Notice of Appeal

    Mr. Gray notes his appeal to the United States Court of Appeals for the Fourth Circuit from the District Court's Order of Detention dated January 21, 2022

| | |
|---|---|
| Respectfully submitted, | By: /s/ Benjamin M. Schiffelbein |
| | Asst. Federal Public Defender |
| | NH Bar No. 267593 |
| | 210 First Street SW, Room 400 |
| | Roanoke, Virginia 24011 |
| | Ph. (540) 777-0880 |
| | Fax (540) 777-0890 |
| | Benjamin_Schiffelbein@fd.org |