FILED: February 1, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4060
(7:22-cr-00001-TTC-RSB-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JERALD FRANCIS GRAY

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Roanoke |
| Originating Case Number | 7:22-cr-00001-TTC-RSB-1 |
| Date notice of appeal filed in originating court: | 01/27/2022 |
| Appellant(s) | Jerald Francis Gray |
| Appellate Case Number | 22-4060 |
| Case Manager | Rachel J Lee<br>804-916-2702 |