FILED: February 1, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4060
(7:22-cr-00001-TTC-RSB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JERALD FRANCIS GRAY

      Defendant - Appellant

_____

O R D E R
_____

The court appoints the Federal Defender for the Western District of Virginia at Roanoke to represent Jerald Francis Gray in this case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk