IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - ARRAIGNMENT

Case No.:  7:22-cr-1　　　　　　　　　　　　　　Date:  2/8/2022

| **Defendants:** | **Counsel:** |
|---|---|
| Jerald Francis Gray, custody | Benjamin Schiffelbein, FPD |

PRESENT:　　JUDGE:　　　　　　Robert S. Ballou　　　　　TIME IN COURT:  7 min
　　　　　　　Deputy Clerk:　　　　K. Brown
　　　　　　　Court Reporter:　　　K. Brown/ZOOMGOV
　　　　　　　U. S. Attorney:　　　Matt Miller
　　　　　　　USPO:
　　　　　　　Case Agent:　　　　 Lynne Witt, FBI
　　　　　　　Interpreter:

## ARRAIGNMENT

☒　Defendant(s) waives reading of Indictment/Information.
☒　Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | 1 |  |  |

☒　Jury trial set for TBD before Judge Cullen.
☒　Defendant(s) remanded to custody.

Additional Information:
10:58
Parties present and represented by counsel.  All parties present on screen.
Court explains deft's right to an in person hearing.  Deft waives that right and consents to proceed by video
　　　conference.
Deft remanded.
Adjourned.
11:05