# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

UNITED STATES OF AMERICA

v.   Jerald Francis Gray

CASE NO.: 7:22CR1

DATE: 2/8/2022

TYPE OF HEARING: ARR

***

**PARTIES:**

1. Robert S. Ballou
2. Matt Miller, AUSA
3. Benjamin Schiffelbein, FPD
4. Jerald Gray, dft
5. Lynne Witt, FBI
6.
7.
8.
9.
10.

***

Recorded by: K. Brown/ZOOMGOV        Time in Court: 7 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|
| 10:58 | 1 |  | 4 |
|  | 4 | 11:05 | 1 |
|  | 1 |  | 3 |
|  | 3 |  | 1 |
| 10:59 | 1 |  | 2 |
|  | 4 |  | 3 |
|  | 1 | 11:05 | 1 |
|  | 3 |  |  |
| 11:00 | 1 |  |  |
|  | 2 |  |  |
| 11:04 | 1 |  |  |
|  | 4 |  |  |
|  | 1 |  |  |
|  | 3 |  |  |
| 11:04 | 1 |  |  |