**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 7:22-CR-00001** |
| | : | |
| **JERALD FRANCIS GRAY** | : | |

**GOVERNMENT'S MOTION FOR PERMISSION TO FILE A SECOND RESPONSE TO
THE DEFENDANT'S OBJECTION TO A PROTECTIVE ORDER**

The United States of America, by counsel, hereby moves for permission to file a Second Response to the Defendant's Reply arising from the underlying defense motion styled "Defendant's Objection to Government's Motion for a Protective Order."  In the Defendant's Reply, the counsel for the Defendant made a factual representation to the Court that is false and misleading.  Since the false and misleading representation pertains to a material issue before the Court, the government is seeking permission from the Court to file a Second Response to ensure that the record is clear and factually accurate prior to tomorrow's hearing.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

*/s/ Matthew M. Miller*

Assistant United States Attorney
VA Bar No. 43034
United States Attorney's Office
Post Office Box 1709
Roanoke, Virginia 24008-1709
540-857-2250
540-857-2614
Matthew.Miller2@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, I caused to be filed electronically the

Government's Motion to File a Second Response to the Defendant's Reply Out of Time with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

counsel of record.

/s/ Matthew M. Miller
Assistant United States Attorney
VA Bar No. 43034