IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 7:22-CR-00001 |
| v. | ) |
| | ) |
| JERALD FRANCIS GRAY | ) |

**ORDER**

Having reviewed the United States' Motion to File Second Response to the Defendant's Objection to a Protective Order and finding good cause, the Court hereby GRANTS the Motion allows the government to file this response by March 1, 2022.

ENTERED this ___ day of _____, 2022.

_____
United States District Judge