# U.S. v. JERALD FRANCIS GRAY

# 7:22-CR-00001

## Placeholder:

## APPENDIX A (BATES # 145, 175, 331 and Polygraph Examination Report referenced in Motion)