IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 7:22-CR-00001 |
| | ) | |
| JERALD FRANCIS GRAY | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO SEAL

Comes now counsel for the Government, moving this Honorable Court to place under seal Appendix A to the Government's Second Response to the Defendant's Objection to a Protective Order. In support hereof, the Government avers that Appendix A to the Government's Motion contains information that is sensitive and confidential.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Date:  February 28, 2022

/s/ Matthew M. Miller
VA Bar No. 43034
Attorney for United States of America
U.S. Attorney's Office
310 1st Street SW, Suite 901
Roanoke, Virginia 24011
540-857-2250 (office)

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system.

<u>/s/ Matthew M. Miller</u> *t*
Matthew M. Miller
Assistant United States Attorney