IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) Criminal Action No. 7:22-cr-00001 <br> ) |
| v. | ) **ORDER** <br> ) |
| JERALD GRAY, | ) By:  Hon. Thomas T. Cullen <br> ) United States District Judge |
| Defendant. | ) |

The Government filed a Motion to Seal Appendix A (ECF No. 60) attached to the Government's Second Response to the Defendant's Objection to a Protective Order. The court finds that sealing is justified under the circumstances in order to keep confidential certain sensitive and private information. Accordingly, the motion is **GRANTED**, and the clerk is directed to file the document under seal.

**ENTERED** this 28th day of February, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE