# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

## CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 7:22CR1  Date: 03/01/2022

**Defendant:** Jerald Gray, Custody   **Counsel:** Benjamin Schiffelbein, FPD

PRESENT:
- JUDGE: Thomas T. Cullen
- TIME IN COURT: 9:31a-10:09a (Total time 38 mins)
- Deputy Clerk: C. Kemp
- Court Reporter: M. Butenschoen, via Zoom.gov
- U. S. Attorney: Matt Miller
- Case Agent: Lynn Witt, FBI

PROCEEDINGS:
Hearing held on ECF [40] Objections to ECF [37] Order granting Motion for Disclosure.
Court addresses the parties.
Arguments from counsel.
Rebuttal.
Court takes under advisement. Memorandum Opinion forthcoming.
Court addresses parties regarding trial, other outstanding discovery issues, possible suppression hearing.
Adjourned.