IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 7:22-cr-00001 |
| v. | **ORDER** |
| JERALD GRAY, | By:   Hon. Thomas T. Cullen |
|    Defendant. |        United States District Judge |

For the reasons stated in the court's Memorandum Opinion, Defendant Jerald Gray's objection (ECF No. 40) to the entry of the Government's protective order (ECF No. 37) is **OVERRULED**. The Government is **ORDERED** to file a notice representing the discovery materials at issue in this case—consistent with its representations at the hearing held on March 1—by April 1, 2022, at 5:00 p.m. The scope of the protective order will be limited to those discovery materials described in that notice. If the Defendant wishes to object to the inclusion of certain discovery materials in the Government's notice, it must file an objection within seven days of the date that notice is filed.

The clerk is directed to send copies of this Order to all counsel of record.

**ENTERED** this 18th day of March, 2022.

   /s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE