# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Court No. 7:22CR00001 |
| | ) |
| JERALD GRAY | ) |

## NOTICE OF BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

The United States files this Bill of Particulars for the Forfeiture of Property pursuant to Federal Rule of Criminal Procedure 7(f).

The United States will seek forfeiture of the following assets pursuant to 18 U.S.C. § 2253:

| | Item Description |
|---|---|
| (1) | Dell Tower computer   SN: 00248322 |
| (2) | Cell phone with black case: Samsung Galaxy S8, SN RF8K90FSDDJ |

CHRISTOPHER R. KAVANAUGH
United States Attorney
Western District of Virginia

/s/Matthew M. Miller
Assistant United States Attorney
State Bar No. 43034
310 First Street, S.W., Room 906
Roanoke, VA 24011
Phone: (540)857-2250
Fax: (540)857-2614
Email. matthew.miller2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on 4/7/2022, I electronically filed this Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/Matthew M. Miller
Assistant United States Attorney
