IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

United States of America

      v.                      Docket No. 7:21-CR-1 (TTC)

Jerald Francis Gray

**Defendant's second assented-to motion to continue**

The facts of this case have been discussed in several pleadings, and Mr. Gray has previously moved to continue his trial given the complex nature of the government's investigative techniques. Mr. Gray intends to move to suppress the evidence police obtained after they received a search warrant for Mr. Gray's electronic devices. Counsel is not yet prepared to litigate that issue, which involves issues of computer programming and the reliability of certain algorithms. The government does not object to a continuance.

Because Mr. Gray's counsel needs additional time to prepare, and the case involves a complex issue that implicates his Fourth Amendment rights, the interests of justice are better served by continuing the case. *See* 18 U.S.C. § 3161(h)(7)(A). Mr. Gray waives his right to a speedy trial between the filing of this motion and his next-scheduled trial date.

Respectfully submitted,

Benjamin M. Schiffelbein, Esquire
Asst. Federal Public Defender
NH Bar No. 267593
210 First Street SW, Room 400
Roanoke, Virginia 24011
Ph. (540) 777-0880
Fax (540) 777-0890
Benjamin_Schiffelbein@fd.org