IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 7:22-cr-00001 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JERALD GRAY, ) | By:   Hon. Thomas T. Cullen |
| ) | United States District Judge |
| Defendant. ) | |

This case is before the Court on Defendant Jerald Gray's Second Motion to Continue Trial Date (ECF No. 73).  Government does not oppose this request.  For reasons set forth in the Motion, it is the finding of this Court that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7) of the Speedy Trial Act.  The Court makes this finding because a failure to grant such a continuance would deny counsel for the Defendant and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

For the foregoing reasons, Defendant's Motion to Continue Trial is **GRANTED** and the trial date is **CONTINUED** until September 26–27, 2022.  The time period from June 8, 2022, until September 26, 2022, shall be excluded from the calculation of time under the Speedy Trial Act.

The Clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 17th day of May 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE