# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

July 15, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  Jerald Francis Gray
           v. United States
           No. 22-5113
           (Your No. 22-4060)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 11, 2022 and placed on the docket July 15, 2022 as No. 22-5113.

                           Sincerely,

                           **Scott S. Harris**, Clerk

                           by

                           Clayton Higgins
                           Case Analyst