IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES – STATUS CONFERENCE

Case No.: 7:22CR00001Date: 08/23/2022

**Defendant: Jerald Gray, Custody****Counsel: Benjamin Schiffelbein, FPD**

PRESENT:JUDGE:Thomas T. Cullen
TIME IN COURT:2:55p-3:04p Total 9 mins
Deputy Clerk:C. Kemp
Court Reporter:Mary Butenschoen
U. S. Attorney:Matt Miller

PROCEEDINGS:
Court summarizes case.
Court inquires as to case status.
Defendant responds. Defendant still plans to file a motion to suppress as well as a Motion to Continue. Defendant explains issue as to why motion has not been filed. Defendant asks court to impose a deadline for Motion to Suppress and indicates defendant does not believe this case will proceed to jury trial.
Government replies.
Court requests Defendant file the Motion to Continue and court will enter an Order.
Adjourned