AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:22-CR-00001 |
| Jerald Gray | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 09/26/2022

/s/ Jason M. Scheff
*Attorney's signature*

Jason M. Scheff, New York Bar No. 5188701
*Printed name and bar number*

U.S. Attorney's Office - WDVA - Roanoke
310 First Street, SW, 9th Floor
Roanoke, VA 24011

*Address*

Jason.Scheff@usdoj.gov
*E-mail address*

(540) 857-2250
*Telephone number*

(540) 857-2614
*FAX number*