1    writing I'll file to reconsider later, I guess, I'll point out in

2    the affidavit where it talks about the anonymity that is expected

3    by its users, like Mr. Hall and all others, and the encryption

4    that is involved, that Dr. Levine testified to.

5         In any event, Your Honor. I think it's a complicated

6    matter. I think it's a serious matter. I think a warrant was

7    needed from the outset. I think the affidavit is insufficient,

8    insufficient for a judge to make the probable cause determination

9    based on the language. I think that a reasonable, reasonably

10   objective officer in the position of Detective Rees, who's been

11   trained in, presumably, in the modified Freenet investigation

12   technique, should have known that it would be important for a

13   judge to make an independent evaluation based on the number of

14   blocks requested and the total number of blocks in the file since

15   that is a critical piece of the information.

16        So for today, I'll leave it at that, Your Honor. I'll

17   ask the judge to recognize that a warrant should have been issued

18   at the outset. I will ask the judge to recognize that the

19   warrant is, affidavit from the perspective, the affidavit is

20   insufficient from the perspective of an objectively reasonable

21   officer. I'll ask the judge to recognize that the ultimate

22   language relates, was conclusory and rendered it impossible for

23   the judge to make an independent evaluation of probable cause.

24        THE COURT: Well, I'm going to deny the motion to

25   suppress. To the extent that there's an allegation that the,

Case 7:22-cr-00001-TTC-PMS   Document 85-5   Filed 10/06/22   Page 2 of 2   Pageid#: 335
Case 1:16-cr-00469-ELH   Document 61   Filed 09/21/17   Page 155 of 242

155

1   that the pre-warrant investigation was improper, I credit Dr.
2   Levine's testimony that Freenet, in terms of what it warns,
3   makes, makes the information not private, and there's no
4   expectation of privacy.
5              In terms of the affidavit, it's fully sufficient to
6   satisfy the elements of probable cause.  I will say that even if
7   it weren't, the issuance of the warrant would be sufficient under
8   Leon.
9              Pages 7 to 10 of the affidavit are replete with
10  probable cause to believe that child pornography was involved.  I
11  am not persuaded that the judge had to understand or get into the
12  number of blocks that were involved.  I mean, it's, it's there in
13  the affidavit.  And the judge could rely upon it to establish
14  probable cause.
15             So I deny the defendant's motion to suppress evidence.
16             MR. BUDLOW:  Thank you, Your Honor.  Move on to the
17  next motion, which is the defendant's motion to suppress the
18  defendant's statement.  The government calls Detective Joshua
19  Rees.
20             MR. FEIN:  If I may, just for the record, Your Honor,
21  just to object to the Court's ruling.
22             THE COURT:  Of course.
23             MR. FEIN:  In addition, would it be okay with the
24  Court, I would like to file a motion to reconsider.  May I have
25  time to do so?