IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 7:22-cr-00001 |
| | ) | |
| JERALD GRAY | ) | By:  Hon. Thomas T. Cullen |
| | ) | United States District Judge |

**SCHEDULING ORDER FOR CHANGE-OF-PLEA HEARING**

This criminal case has been assigned to United States District Judge Thomas T. Cullen and has been set for a change-of-plea hearing on January 5, 2023, at 10:00 a.m. To ensure adequate preparation for the hearing, it is **ORDERED** that, if the plea is subject to a written plea agreement, a copy of the agreement and any agreed-upon statement of facts must be provided to the court no later than three (3) business days prior to the change-of-plea hearing. These documents may be e-mailed to the clerk (ChristelK@vawd.uscourts.gov), who will forward them to chambers.

It is further **ORDERED** that each party must file sentencing memorandums no less than seven (7) days before the scheduled sentencing hearing.

The clerk is directed to send copies of this Order to all counsel of record.

**ENTERED** this 7th day of December, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE