IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.:** 7:22CR1                                          **Date:** 1/12/2023

**Defendant:** Jerald Gray, Custody                            **Counsel:** Benjamin Schiffelbein, FPD

**PRESENT:**
- JUDGE: Thomas T. Cullen
- TIME IN COURT: 10:00am-10:29am Total time 29 mins
- Deputy Clerk: C. Kemp
- Court Reporter: M. Butenscoen
- U. S. Attorney: Jason Scheff
- USPO: Sean Sweeney

**PROCEEDINGS:**

☒ Defendant placed under oath. Court questions defendant regarding his physical and mental condition, and advises defendant of his rights, and the nature and possible consequences of plea.
☒ Government summarizes evidence to support plea and rests.
☒ Plea Agreement filed with court 12/20/22.
☒ Statement of Facts filed with court 12/20/22 (copy of SAF with wet signature provided in open court)
☒ Guilty plea form executed and filed.
☒ Court accepts plea of guilty.
☒ Court finds defendant guilty as charged in Count 1 of the Indictment

**DEFENDANT PLEADS:**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Count 1 of the Indictment | | | |

☒ Court orders Presentence Report.
☒ Defendant remanded to custody.
☒ Sentencing hearing scheduled for 4/24/23 at 10:00am before the Honorable Thomas T. Cullen