IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

United States of America

      v.                Docket No. 7:22-CR-1-TTC

Jerald Francis Gray

**Defendant's Motion to continue sentencing hearing**

Mr. Gray, through counsel, respectfully requests this court to continue his sentencing hearing. In support, Mr. Gray asserts that his counsel needs additional time to prepare. Although this case does not present any unusually complex facts, Mr. Gray faces a significant sentence of incarceration for the first time in his life. His counsel requests the court provide him an additional month to prepare for sentencing. The government, represented by AUSA Jason Scheff, does not object to the relief sought.

Respectfully submitted,

/s/ Benjamin Schiffelbein
210 First Street SW, Ste 400
Roanoke, VA 24011
Benjamin_Schiffelbein@fd.org
540 777 0880