IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

United States of America

      v.                              Docket No. 7:22-CR-1-TTC

Jerald Francis Gray
        Defendant's Motion to late-file sentencing memorandum

Counsel for Mr. Gray requests the court excuse his late-filed sentencing memorandum. Mr. Gray's counsel incorrectly scheduled the filing deadline for this memorandum, though his office staff correctly placed the deadline on his counsel's outlook calendar. Counsel alone is at fault, and Mr. Gray ought not be penalized for his counsel's failure to adequately comply with the court's scheduling order.

Respectfully submitted,

    /s/ Benjamin Schiffelbein
    210 First Street SW, Ste 400
    Roanoke, VA 24011
    Benjamin_Schiffelbein@fd.org
    540 777 0880