IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 7:22-CR-00001 |
| | ) | |
| JERALD FRANCIS GRAY | ) | |

## MOTION TO SEAL

The United States of America, by and through its attorney, hereby submits this motion to seal two exhibits to the Government's Memorandum Regarding Restitution. Exhibit 2 is a compilation of restitution orders for Lily. Not all of the information in this compilation may be public because some restitution information is sealed on the docket and is not otherwise publicly available and is subsequently reported to the Department of Justice by victims' counsel with the expectation that that information will not be publicly disclosed. Exhibit 3 is a letter from Jen's counsel, which contains sensitive, nonpublic information about Jen. Because of the sensitive and confidential nature of both of these documents, the Government respectfully requests that these exhibits be filed under seal.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

/s/ Jason M. Scheff
Jason M. Scheff
Assistant United States Attorney
New York Bar No. 5188701
United States Attorney's Office
310 First Street, SW, 9th Floor
Roanoke, Virginia 24011
540-857-2250

Jason.Scheff@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2023, I caused to be filed this sentencing memorandum with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>s/Jason M. Scheff</u>
Assistant United States Attorney