IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 7:22-CR-00001 |
| | ) |
| JERALD FRANCIS GRAY | ) |

**ORDER TO SEAL**

The Government has filed a motion to seal two exhibits to the Government's Memorandum Regarding Restitution. As explained in the Government's motion, these documents contain sensitive, nonpublic, and confidential information. It appearing that sealing is justified under the circumstances in order to maintain the confidentiality of this information, it is **ORDERED** that the motion is **GRANTED**, and the clerk is directed to file these documents under seal.

ENTERED this _____ day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE