IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 7:22CR00001 |
| Jerald Gray | ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 13, 2023 and ending on February 11, 2023. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2023 at Roanoke, VA.

_____
Jerri Jackson
Paralegal IV



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 13, 2023 and February 11, 2023. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Jerald Gray

**Court Case No:** 7:22CR00001
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/13/2023 | 23.9 | Verified |
| 2 | 01/14/2023 | 23.9 | Verified |
| 3 | 01/15/2023 | 23.9 | Verified |
| 4 | 01/16/2023 | 23.9 | Verified |
| 5 | 01/17/2023 | 23.9 | Verified |
| 6 | 01/18/2023 | 23.9 | Verified |
| 7 | 01/19/2023 | 23.9 | Verified |
| 8 | 01/20/2023 | 23.8 | Verified |
| 9 | 01/21/2023 | 23.9 | Verified |
| 10 | 01/22/2023 | 23.9 | Verified |
| 11 | 01/23/2023 | 24.0 | Verified |
| 12 | 01/24/2023 | 23.9 | Verified |
| 13 | 01/25/2023 | 23.9 | Verified |
| 14 | 01/26/2023 | 24.0 | Verified |
| 15 | 01/27/2023 | 23.9 | Verified |
| 16 | 01/28/2023 | 23.9 | Verified |
| 17 | 01/29/2023 | 23.9 | Verified |
| 18 | 01/30/2023 | 23.9 | Verified |
| 19 | 01/31/2023 | 23.9 | Verified |
| 20 | 02/01/2023 | 23.9 | Verified |
| 21 | 02/02/2023 | 23.8 | Verified |
| 22 | 02/03/2023 | 23.9 | Verified |
| 23 | 02/04/2023 | 24.0 | Verified |
| 24 | 02/05/2023 | 23.9 | Verified |
| 25 | 02/06/2023 | 23.8 | Verified |
| 26 | 02/07/2023 | 23.9 | Verified |
| 27 | 02/08/2023 | 23.9 | Verified |
| 28 | 02/09/2023 | 23.9 | Verified |
| 29 | 02/10/2023 | 23.9 | Verified |
| 30 | 02/11/2023 | 23.8 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.